```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 14702
   VIVIAN L GILMORE
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-7063


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/14/2007 and was not confirmed.

     The case was dismissed without confirmation 01/17/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
CAPITAL ONE                UNSECURED          547.51          .00           .00
GMAC MORTGAGE              CURRENT MORTG        .00           .00           .00
GMAC MORTGAGE              MORTGAGE ARRE        .00           .00           .00
HOUSEHOLD MORTGAGE SERVI   CURRENT MORTG        .00           .00           .00
HOUSEHOLD MORTGAGE SERVI   MORTGAGE ARRE     3201.14          .00           .00
ALEXIAN BROS. MEDICAL CE   UNSECURED        NOT FILED         .00           .00
TCF NATIONAL BANK          UNSECURED        NOT FILED         .00           .00
DR BRUCE GROSSMAN          UNSECURED        NOT FILED         .00           .00
CONEXIS                    UNSECURED        NOT FILED         .00           .00
CORPORATE AMERICA FEDERA   UNSECURED         1145.70          .00           .00
ILLINOIS COLLECTION SERV   UNSECURED        NOT FILED         .00           .00
LCA COLLECTOINS            UNSECURED        NOT FILED         .00           .00
LCA COLLECTOINS            UNSECURED        NOT FILED         .00           .00
NEOPATH SC                 UNSECURED        NOT FILED         .00           .00
NICOR GAS                  UNSECURED        NOT FILED         .00           .00
RMI/MCSI                   UNSECURED          120.00          .00           .00
SLEEP REMEDY CENTER INC    UNSECURED        NOT FILED         .00           .00
SYSTEM & SERVICE TECHNOL   UNSECURED        NOT FILED         .00           .00
TRS CIGPF1CORP             UNSECURED        NOT FILED         .00           .00
COOK COUNTY TREASURER      SECURED           2964.00          .00         150.00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY          .00                         .00
TOM VAUGHN                 TRUSTEE                                         10.26
DEBTOR REFUND              REFUND                                         527.74

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               688.00

PRIORITY                                       .00
SECURED                                     150.00
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                         10.26

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 14702 VIVIAN L GILMORE
```

```
DEBTOR REFUND                                                     527.74
                                       ---------------    ---------------
TOTALS                                          688.00             688.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                         /s/ Tom Vaughn
  Dated: 04/23/08                        _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE
```